UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. PARIS, | : |
| Petitioner | : CIVIL ACTION NO. 3:20-1179 |
| v. | : (JUDGE MANNION) |
| COMM. OF PA, | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. §2243 (Doc. 1) is **DENIED**.

2. No certificate of appealability shall issue.

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: September 23, 2021
20-1179-01-Order